| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hale, Harlin D. | 2. Court or Organization<br><br>Bankruptcy Court - NDTX | 3. Date of Report<br><br>05/13/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1100 Commerce Street - #1254<br>Dallas, Texas 75242-1496 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board of Advisors | George W. & Jean H. Pugh Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/30/2011 | Southern Methodist University (teaching) | $15,000.00 |
| 2. 11/30/2011 | Southern Methodist University (teaching) | $9,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Dallas Independent School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TX State Bar - Bankruptcy Section | 02/18-20/2011 | Austin, TX | Elliott Cup Competition - Judge | Transportation, food, lodging |
| 2. | TX State Bar - Bankruptcy Section | 05/25-27/2011 | Horseshoe Bay, TX | Bankruptcy Bench/Bar - Speaker | Transportation, food, lodging |
| 3. | Univ. of TX School of Law | 08/10-12/2011 | Galveston, TX | Consumer Bkcy. Conf. - Speaker | Transportation, food, lodging |
| 4. | TX A&M Real Estate Center | 08/25-27/2011 | San Antonio, TX | Ad Valorem Taxation Sem..-Spkr. | Transportation, food, lodging |
| 5. | Federal Bar Assn. - Dallas Bkcy. Sect. | 09/09-10/2011 | Chicago, IL | FBA Ann. Mtg.- Dallas.Exec.Bd. | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Natl. Conf. of Bkcy. Jds. | 10/12-15/2011 | Tampa, FL | Annual Meeting | Partial lodging |
| 7. | LA State University - School of Law | 10/21-22/2011 | Baton Rouge, LA | Bankrtupcy Seminar - Speaker | Transportation, food, lodging |
| 8. | Commercial Law League of America | 11/11-13/2011 | New York City, NY | Fall Meeting - Speaker | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | Chase Bank | Credit card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Cross Keys Bank accounts | B | Interest | J | T | | | | | |
| 2. | Cross Keys Bank stock | B | Dividend | K | T | | | | | |
| 3. | Blue Cross FCU account | B | Interest | K | T | | | | | |
| 4. | Belt West Ltd. Partnership | | None | J | U | | | | | |
| 5. | STERLING TRUST IRA | | | | | | | | | |
| 6. | - Southwest Airlines | | None | J | T | | | | | |
| 7. | - Home & Hearth Ltd. P'Ship | | None | J | T | | | | | |
| 8. | STERLING TRUST IRA | | | | | | | | | |
| 9. | - Miller Co. Ltd. P'Ship | | Distribution | K | T | | | | | |
| 10. | - Exxon Mobil | B | Dividend | J | T | | | | | |
| 11. | Farm - Tensas Parish, LA | | None | | | Sold | 01/05/11 | M | F | Richard M. Hale |
| 12. | Bank of America | C | Interest | J | T | | | | | |
| 13. | Wells Fargo | A | Interest | J | T | | | | | |
| 14. | EQUITABLE IRA | | None | M | T | | | | | |
| 15. | - EQ/Core Bond Index | | | | | | | | | |
| 16. | - EQ/Marsico Focus | | | | | | | | | |
| 17. | - EQ/BlackRock Intl Val | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - EQ/PIMCO Real Return | | | | | | | | | |
| 19. - EQ/Van Kampen Comstock | | | | | | | | | |
| 20. - EQ/Evergreen Intl Bond | | | | | | | | | |
| 21. - EQ/Davis NY Venture | | | | | | | | | |
| 22. - EQ/Franklin Income | | | | | | | | | |
| 23. EDWARD JONES | B | Dividend | L | T | | | | | |
| 24. - Cap World Growth & Income Fund CLA | A | Dividend | K | T | | | | | |
| 25. - Tax Exempt Bond Fund Amer CLA | B | Dividend | K | T | | | | | |
| 26. Exxon Mobil | B | Dividend | L | T | | | | | |
| 27. Texins Federal Credit Union | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 05/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harlin D. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544